No. 03–7658.  BROOKS *v.* HOLLAND, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–7712.  COLLINS *v.* MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW.  C. A. 3d Cir.  Certiorari denied.

No. 03–7759.  DIXON *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 03–7800.  PAJOOH *v.* BOBCOCK ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–7841.  PEREZ-LOPEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–7844.  CLARK *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–7845.  WINTER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–7851.  VILLANUEVA *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–7852.  EVANS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 03–7857.  GILLIAM *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–7861.  FIELDS *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 03–7864.  HENSON *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 4th Cir.  Certiorari denied.

No. 03–7872.  HOFF *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–7876.  NASIRUDDIN, AKA CROOKS *v.* UNITED STATES. C. A. 4th Cir.  Certiorari denied.